

# Court of Appeals
## Sixth Appellate District of Texas

# J U D G M E N T

Sofia Maria Ponce, Individually and as
Representative of the Estate of Salvador
Aguinaga, Sr., Deceased, Appellant

No. 06-14-00010-CV       v.

Henk Post, Individually, and Hero Farms,
Inc., Appellees

Appeal from the 276th District Court of
Morris County, Texas (Tr. Ct. No. 23,797-
B).   Memorandum Opinion delivered by
Justice Carter, Chief Justice Morriss and
Justice Moseley participating.

As stated in the Court's opinion of this date, we find that the appeal should be dismissed for want of jurisdiction.  Therefore, we dismiss the appeal.

We further order that the appellant pay all costs of this appeal.

RENDERED APRIL 4, 2014
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk